UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00128-JDP |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND |
| | ) | VACATE BENCH TRIAL |
| v. | ) | |
| | ) | |
| WILLIAM D. ELLIS, | ) | |
| | ) | DATE: July 6, 2021 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Jeremy D. Peterson |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00128-JDP is GRANTED.

It is further ordered that the bench trial scheduled on July 6, 2021, is vacated.

IT IS SO ORDERED.

Dated: June 15, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE BENCH TRIAL                    1                    U.S. v. WILLIAM D. ELLIS